UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   19-18387 |
| Katherine L. Barkei | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DENYING MOTION FOR APPROVAL OF LOAN MODIFICATION AS UNNECESSARY

THIS CAUSE coming to be heard on the Motion of the Debtor, the Court having jurisdiction and being advised in the premises, and due notice having been given:

IT IS HEREBY ORDERED THAT:

The motion is denied.  There is no provision of the Bankruptcy Code that calls for the Court to approve a modification of an existing loan agreement.  The parties are free to go forward with the transaction without Court approval.

Enter:   *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  January 15, 2021