**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 19-18387 |
| | CHAPTER 13 |
| Katherine L. Barkei | |
| aka Katherine Grove, | |
| | |
|     Debtor. | |
| _____/ | |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| NewRez LLC dba Shellpoint Mortgage Servicing | AmeriHome Mortgage Company, LLC. |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to Transferee should be sent: | Court Claim # (if known): 10-2 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing | Amount of Claim: $253,227.26 |
| P.O. Box 10826 | Date Claim Filed: 12/01/2021 |
| Greenville, SC 29603 | |
| | |
| Phone: 800-365-7107 | Phone: |
| Last Four Digits of Acct #: 2938 | Last Four Digits of Acct #: 5484 |

Name and Address where Transferee payments
should be sent (if different from above):
NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

Phone: 800-365-7107
Last Four Digits of Acct #: 2938

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| By: /s/ Samantha C. San Jose | Date: September 5, 2023 |
| Transferee/Transferee's Agent | |

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 7, 2023 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Katherine L. Barkei
16249 W. Palomino Path
Manhattan, IL 60442

And via electronic mail to:

Ariane Holtschlag
Law Office of William J. Factor, Ltd.
105 W. Madison, Suite 1500
Chicago, IL 60602

Trustee
Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

By: /s/ Kristen Harold

Email: kharold@raslg.com